# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

United States of America,           Case No.: 3:22-cv-1389

    Plaintiff

v.          **ORDER OF DISMISSAL**

Axis LED Group, LLC et al,

    Defendant

Status conference held on 1/23/2023 before the undersigned. The parties request that the case be closed with the court to retain jurisdiction. The court orders that upon concurrence of counsel, the case be closed. Parties to notify the court if case reopening is desired.

So ordered.

         /s/ James G. Carr
/          Sr. U.S. District Judge